JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN GORDON**, | Case No. CV 18-10075-DMG (PLAx) |
| Plaintiff, | |
| v. | |
| **U.S. BANK NATIONAL ASSOCIATION, et al.**, | **JUDGMENT** |
| Defendants. | |

The Court having granted the motion for summary judgment of Defendants Fay Servicing, LLC and U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust by order dated July 20, 2020 [Doc. # 111],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Shawn Gordon.

DATED: July 21, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-